| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| GEORGE WYATT, JR., | § | |
| Plaintiff, | § § § | |
| versus | § § | CIVIL ACTION H-10-5259 |
| M BELL, ET AL., | § § § | |
| Defendants. | § | |

## Opinion on Dismissal

The plaintiff filed this case while confined in state prison. The plaintiff was released or transferred and has failed to keep the court advised of his current address as required by Local Rule 83.4.

Under the court's inherent power to manage its own docket, this case will be dismissed for want of prosecution. *See* FED. R. CIV. P. 41(b); *Martinez v. Johnson*, 104 F.3d 769 (5th Cir. 1997).

Signed April 7, 2011, at Houston, Texas.

Lynn N. Hughes
United States District Judge